No. 58452.—Four Continent Book Shop et al. *v.* United States, protests 162118-K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.

No. 58453.—Norman G. Jensen, Inc. *v.* United States, protest 202502-K (Pembina).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

No. 58454.—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protest 234142-K (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of building shores or jacks similar in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.